## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MF15 | E1257504 | Rios | R1752 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 01/07/2023 1130 | Title 18 Section 1382 |

Place of Offense
Alpha 2 Sector4    Lat: 27.81932°N   Long:82.47964°W

HAZMAT ☐

Offense Description: Factual Basis for Charge
Entering Military, Naval or Coast Guard Property

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Corcoran | Stephen | P |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | 22 | Stellar | | White |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250.00 Forfeiture Amount
+ $30 Processing Fee
$ 280.00 Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address    Date 7-5-23   Time 12:20

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1257504*

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/26/2023 11:56

| Citation: E1257504 | Case No: 07JAN23-125818-T000532 |
|---|---|

On 07 JAN 2023 at 1130, while entering the Marina channel MIKE 1 (SRA RIOS SOLERO/ SRA RIVERA RODRIGUEZ) detected a WHITE in color KAYAK traveling SOUTH out of the Marina channel, MIKE 1 made contact with the KAYAK and briefed the individual on where HE can and cannot be. The individual ignored MIKE 1 commands and breached ALPHA 2 SECTOR 4 of MacDill's Coastal Restricted Area (CRA). The exclusion signs identify the CRA, are posted 100 yards apart, and state "PROHIBITED AREA". In addition, notice of the CRA is posted in 33 C.F.R. § 334.635. MIKE 1 pursued the KAYAK approximately 75 YARDS until it stopped in position 27.81932 and 82.47964. MIKE 1 initiated a traffic stop and advised BDOC of the traffic stop location. MIKE 1 made contact with the operator who was identified by their FL DL/ C626795632580 as STEPHEN P. CORCORAN. BDOC conducted an FCIC/NCIC check, and all information came back clear and valid. STEPHEN P. CORCORAN was compliant and stated that HE had spoken to the MacDill Marina worker about the rules and regulations on operating a KAYAK in MacDill waters when being briefed. STEPHEN P. CORCORAN also stated that HE was in the in the wrong for entering the CRA and remaining in the channel when there is a vessel entering or exiting the channel creating a safety concern. STEPHEN P. CORCORAN did not have the permission of the installation commander or any other authorization to enter the CRA. MIKE 1 cited STEPHEN P. CORCORAN via USDCVN under Title 18 Section 1382 of the U.S.C. for Entering Military, Naval or Coast Guard Property. STEPHEN P. CORCORAN signed HIS citation and was permitted to leave MacDill's CRA.

The foregoing statement is based upon information from my personal observation, personal investigation.

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  07 JAN 2023

Jesus A. Rios Solero, SRA, USAF
Marine Patrol Crew Lead

Witnessed by:

Samari Rivera Rodriguez, SRA, USAF
Marine Patrol Crew Member